| AO 10<br>Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2018 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Brand, Julia W. | 2. Court or Organization<br><br>U.S. Bankruptcy Court - Central District of California | 3. Date of Report<br><br>06/28/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |
| 7. Chambers or Office Address<br><br>U.S. Bankruptcy Court<br>255 E. Temple Street, Suite 1382<br>Los Angeles, CA 90012 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Board of Directors | Los Angeles Bankruptcy Forum |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brand, Julia W. | 06/28/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Raytheon - Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | California Bankruptcy Forum | 5/17-5/19/2018 | Squaw Valley, CA | Seminar/Meeting of Professional Association | Hotel and food |
| 2. | National Conference of Bankruptcy Judges | 10/27-10/31/2018 | San Antonio, TX | Seminar/Meeting of Professional Association | Hotel |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brand, Julia W. | 06/28/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank Accounts | A | Interest | J | T | | | | | |
| 2. Kinecta Account | A | Interest | J | T | | | | | |
| 3. Raytheon Stock Fund | | None | L | T | | | | | |
| 4. Vang IS TL Stk Mk IP | | None | N | T | | | | | |
| 5. NT Russell 2000 Indx | | None | N | T | | | | | |
| 6. Janus Balanced N | | None | J | T | | | | | |
| 7. Fimm Money Mkt Inst | | None | | | Sold | 03/29/18 | J | | |
| 8. Brock Gov't Short Term | B | Dividend | J | T | Buy | 03/29/18 | J | | |
| 9. Fidelity Gov't Cash Reserves | A | Int./Div. | J | T | | | | | |
| 10. Fidelity Total Bond | B | Dividend | L | T | | | | | |
| 11. Janus Global Research FD CL T | C | Dividend | L | T | | | | | |
| 12. American New Perspective Class F1 | C | Dividend | L | T | | | | | |
| 13. Janus Flexible Bond Fund Class T | A | Dividend | J | T | | | | | |
| 14. Fidelity Focused Stock Fund | C | Dividend | K | T | | | | | |
| 15. Nicholas II Inc. Class N | B | Dividend | J | T | | | | | |
| 16. Fidelity 500 Index Premium Class | A | Dividend | J | T | | | | | |
| 17. Fidelity Govt Cash Reserves | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brand, Julia W. | 06/28/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidelity Int'l Enhanced Index Fund | A | Dividend | J | T | Buy | 06/29/18 | J | | |
| 19. | | | | | Buy (add'l) | 07/13/18 | J | | |
| 20. | | | | | Buy (add'l) | 09/07/18 | J | | |
| 21. | | | | | Buy (add'l) | 12/19/18 | J | | |
| 22. | | | | | Sold (part) | 12/31/18 | J | | |
| 23. Fidelity SAI US Value Index Fund | A | Dividend | K | T | Buy | 01/17/18 | K | | |
| 24. | | | | | Sold (part) | 04/12/18 | J | | |
| 25. | | | | | Sold (part) | 06/29/18 | J | | |
| 26. | | | | | Sold (part) | 09/07/18 | J | | |
| 27. | | | | | Buy (add'l) | 09/18/18 | J | | |
| 28. | | | | | Buy (add'l) | 12/12/18 | J | | |
| 29. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 30. Fidelity SAI US Momentum Index Fund | A | Dividend | K | T | Sold (part) | 01/17/18 | J | | |
| 31. | | | | | Sold (part) | 03/08/18 | J | | |
| 32. | | | | | Buy (add'l) | 04/04/18 | J | | |
| 33. | | | | | Sold (part) | 04/12/18 | J | | |
| 34. | | | | | Sold (part) | 06/29/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brand, Julia W. | 06/28/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 09/07/18 | J | | |
| 36. | | | | | Buy (add'l) | 09/18/18 | J | | |
| 37. | | | | | Buy (add'l) | 10/17/18 | J | | |
| 38. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 39. Fidelity SAI US Large Cap Index | C | Dividend | M | T | Buy (add'l) | 01/17/18 | J | | |
| 40. | | | | | Buy (add'l) | 02/13/18 | J | | |
| 41. | | | | | Sold (part) | 03/08/18 | J | | |
| 42. | | | | | Buy (add'l) | 04/04/18 | J | | |
| 43. | | | | | Buy (add'l) | 04/12/18 | J | | |
| 44. | | | | | Sold (part) | 06/29/18 | J | | |
| 45. | | | | | Sold (part) | 07/13/18 | J | | |
| 46. | | | | | Sold (part) | 09/07/18 | J | | |
| 47. | | | | | Buy (add'l) | 09/18/18 | J | | |
| 48. | | | | | Buy (add'l) | 10/17/18 | J | | |
| 49. | | | | | Buy (add'l) | 12/12/18 | J | | |
| 50. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 51. Fidelity SAI International Index | B | Dividend | L | T | Sold (part) | 01/17/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brand, Julia W. | 06/28/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 02/13/18 | J | | |
| 53. | | | | | Sold (part) | 04/04/18 | J | | |
| 54. | | | | | Sold (part) | 04/12/18 | J | | |
| 55. | | | | | Sold (part) | 06/29/18 | J | | |
| 56. | | | | | Sold (part) | 07/13/18 | J | | |
| 57. | | | | | Buy (add'l) | 09/07/18 | J | | |
| 58. | | | | | Buy (add'l) | 12/12/18 | J | | |
| 59. | | | | | Buy (add'l) | 12/19/18 | J | | |
| 60. | | | | | Sold (part) | 12/31/18 | J | | |
| 61. Fidelity SAI Emerg Markets Index | A | Dividend | J | T | Sold (part) | 01/17/18 | J | | |
| 62. | | | | | Buy (add'l) | 04/12/18 | J | | |
| 63. | | | | | Buy (add'l) | 06/29/18 | J | | |
| 64. | | | | | Buy (add'l) | 09/07/18 | J | | |
| 65. | | | | | Sold (part) | 12/12/18 | J | | |
| 66. | | | | | Buy (add'l) | 12/19/18 | J | | |
| 67. | | | | | Sold (part) | 12/31/18 | J | | |
| 68. Fidelity SAI US Quality Index Fund | A | Dividend | K | T | Sold (part) | 01/17/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brand, Julia W. | 06/28/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 03/08/18 | J | | |
| 70. | | | | | Buy (add'l) | 04/04/18 | J | | |
| 71. | | | | | Buy (add'l) | 06/29/18 | J | | |
| 72. | | | | | Sold (part) | 07/13/18 | J | | |
| 73. | | | | | Sold (part) | 09/07/18 | J | | |
| 74. | | | | | Buy (add'l) | 09/18/18 | J | | |
| 75. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 76. FID SAI Small Mid Cap 500 Index Fund | B | Dividend | K | T | Buy (add'l) | 01/17/18 | J | | |
| 77. | | | | | Buy (add'l) | 02/13/18 | J | | |
| 78. | | | | | Sold (part) | 03/08/18 | J | | |
| 79. | | | | | Buy (add'l) | 04/04/18 | J | | |
| 80. | | | | | Sold (part) | 06/29/18 | J | | |
| 81. | | | | | Sold (part) | 07/13/18 | J | | |
| 82. | | | | | Sold (part) | 09/07/18 | J | | |
| 83. | | | | | Buy (add'l) | 09/18/18 | J | | |
| 84. | | | | | Sold (part) | 12/12/18 | J | | |
| 85. | | | | | Buy (add'l) | 12/31/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brand, Julia W. | 06/28/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   Fidelity US Bond Index Instl Premium | C | Dividend | M | T | Buy (add'l) | 01/17/18 | J | | |
| 87. | | | | | Sold (part) | 02/13/18 | J | | |
| 88. | | | | | Buy (add'l) | 03/08/18 | J | | |
| 89. | | | | | Sold (part) | 04/04/18 | J | | |
| 90. | | | | | Buy (add'l) | 04/12/18 | J | | |
| 91. | | | | | Buy (add'l) | 06/29/18 | J | | |
| 92. | | | | | Buy (add'l) | 07/13/18 | J | | |
| 93. | | | | | Buy (add'l) | 09/07/18 | J | | |
| 94. | | | | | Sold (part) | 10/17/18 | J | | |
| 95. | | | | | Sold (part) | 12/31/18 | J | | |
| 96.   Strategic Advisers Short Duration Fund | A | Dividend | | | Buy (add'l) | 01/17/18 | J | | |
| 97. | | | | | Sold (part) | 02/13/18 | J | | |
| 98. | | | | | Buy (add'l) | 03/08/18 | J | | |
| 99. | | | | | Sold (part) | 04/04/18 | J | | |
| 100. | | | | | Sold (part) | 06/29/18 | J | | |
| 101. | | | | | Sold | 07/13/18 | J | | |
| 102.   Strategic Advisors Income Opportunities | A | Dividend | K | T | Buy (add'l) | 01/17/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brand, Julia W. | 06/28/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 02/13/18 | J | | |
| 104. | | | | | Buy (add'l) | 03/08/18 | J | | |
| 105. | | | | | Sold (part) | 04/04/18 | J | | |
| 106. | | | | | Buy (add'l) | 06/29/18 | J | | |
| 107. | | | | | Sold (part) | 12/12/18 | J | | |
| 108. AQR Managed Futures Fund CL N | | None | | | Buy (add'l) | 01/17/18 | J | | |
| 109. | | | | | Sold | 06/29/18 | J | | |
| 110. Doubleline Total RT Bond FD CL N | A | Dividend | | | Buy (add'l) | 01/17/18 | J | | |
| 111. | | | | | Sold (part) | 02/13/18 | J | | |
| 112. | | | | | Buy (add'l) | 03/08/18 | J | | |
| 113. | | | | | Sold (part) | 04/04/18 | J | | |
| 114. | | | | | Sold (part) | 06/29/18 | J | | |
| 115. | | | | | Sold | 07/13/18 | J | | |
| 116. Eaton Vance GL Macro Absolute Rtrn Adv I | | None | | | Sold | 04/12/18 | J | | |
| 117. Ishares TIPS Bond ETF | A | Dividend | | | Sold | 07/02/18 | J | | |
| 118. Ishares Iboxx Investment Grade Corporate Bond ETF | A | Dividend | | | Sold | 07/02/18 | J | | |
| 119. Ishares Russell 1000 Value ETF | | None | | | Sold | 01/18/18 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brand, Julia W. | 06/28/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  Ishares Core S&P Small-Cap ETF | A | Dividend | K | T | Buy (add'l) | 02/14/18 | J | | |
| 121. | | | | | Sold (part) | 03/09/18 | J | | |
| 122. | | | | | Buy (add'l) | 04/13/18 | J | | |
| 123. | | | | | Sold (part) | 07/02/18 | J | | |
| 124. | | | | | Sold (part) | 09/10/18 | J | | |
| 125. | | | | | Buy (add'l) | 12/13/18 | J | | |
| 126.  Ishares TR Eafe SML CP ETF | A | Dividend | J | T | Buy (add'l) | 12/13/18 | J | | |
| 127.  Ishares TR Eafe GRWTH ETF | A | Dividend | J | T | Buy (add'l) | 07/16/18 | J | | |
| 128.  Ishares Inc Core MSCI Emerging Mkts ETF | A | Dividend | K | T | Sold (part) | 01/18/18 | J | | |
| 129. | | | | | Buy (add'l) | 03/09/18 | J | | |
| 130. | | | | | Buy (add'l) | 04/13/18 | J | | |
| 131. | | | | | Buy (add'l) | 07/02/18 | J | | |
| 132. | | | | | Buy (add'l) | 09/10/18 | J | | |
| 133. | | | | | Sold (part) | 12/13/18 | J | | |
| 134.  Sector SPDR TR SHS Ben Int Energy | A | Dividend | J | T | Sold (part) | 01/18/18 | J | | |
| 135. | | | | | Buy (add'l) | 02/14/18 | J | | |
| 136. | | | | | Sold (part) | 07/02/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brand, Julia W. | 06/28/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 09/10/18 | J | | |
| 138. | | | | | Buy (add'l) | 12/13/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brand, Julia W. | 06/28/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Brand, Julia W. | 06/28/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Julia W. Brand**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544